# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELLIS SIMMS**, <br><br> Plaintiff, <br><br> v. <br><br> **NEW JERSEY MANUFACTURERS INSURANCE COMPANY**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 22-2413-KSM** |

## ORDER

**AND NOW** this 16th day of March, 2023, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 14) and Plaintiff's opposition brief (Doc. No. 16), it is **ORDERED** that the motion is **GRANTED** and summary judgment is **GRANTED** in favor of Defendant. The Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON J.